IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS P. DODD,  )
        Plaintiff )
 )
vs. ) Civil Action No. 08-35J
 ) Judge Kim R. Gibson/
BRAIN SCOTT CLARK; NURSE KIM; ) Magistrate Judge Amy Reynolds Hay
LEONE; WANDA; TESS, )
        Defendants )

## ORDER

AND NOW, this 13th day of August, 2008, after the Plaintiff, Douglas P. Dodd, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until August 9, 2008 to file written objections thereto, and plaintiff's copy of the report and recommendation having been returned to the Court by the United States Postal Service marked "not deliverable as addressed", and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the complaint in the above-captioned case [Dkt. 1] is dismissed for failure to prosecute.

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

KIM R. GIBSON
United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Douglas P. Dodd
       Bedford County Jail
       425 Imlertown Road
       Bedford, PA 15522